# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA



Oaris James Stanton                    # 3337639

_____        _____

(Enter above the full name of the plaintiff    (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action).

**VERSUS**                    CIVIL ACTION NO. 2:25-CV-00238
                              (Number to be assigned by Court)

CPL Andrew Milton

_____

(Enter above the full name of the defendant
or defendants in this action)

## COMPLAINT

I. **Previous Lawsuits**

    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

          Yes _____     No ✓_____

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit:

    Plaintiffs: _____

    N/A

    Defendants: _____

2.  Court (if federal court, name the district; if state court, name the county); _____

3.  Docket Number: _____

4.  Name of judge to whom case was assigned: _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    N/A

6.  Approximate date of filing lawsuit: _____

7.  Approximate date of disposition: _____

II. **Place of Present Confinement:** Southwestern Regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓        No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓        No ____

    C. If you answer is YES:

        1. What steps did you take? 1) Filed a Grievance Accpted 2) Accepted 3) Sent to WVDCR 1409 GreenBrier St Charleston WV 25311

        2. What was the result? No Response

    D. If your answer is NO, explain why not: N/A

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Daris James Stanton #3337639

       Address: SWRJ 1300 Gaston Caperton Dr. Holden WV 25625

    B. Additional Plaintiff(s) and Address(es): N/A

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: _Cpl. Andrew Milton_

is employed as: _Cpl. Transportation officer at SWRJ_

at _Southwestern Regional Jail_

D. Additional defendants: _N/A_

IV. **Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Feb 3, 2025, I went out into the pod in B-6 to get my tablet off of charge. A few min later Officer Milton came into my cell and pushed the door closed and started telling us that he was going to charge us with Destruction of Property on the Cell because putty was dug out from in between the wall and sealing, he then ordered us to get on the wall making threats of charging us further with tampering with locks and doors. We put our noses against the wall like we were told to do and as I was turned toward the wall he slapped me in my head on the right side really hard. He then screams at

**IV. Statement of Claim (continued):**

My Cell Mate And Smacks him And Pushed him Against the Wall And left Saying he was gonna Over Crowd our Cell with more inmates to Make it Uncomfortable for Us. he slams the door Shut kicking it Back And leaves the Pod. I filed A grievance the same day for the Assault And Went through the process And mailed it out to WVRJA Commissioner 1409 Green Brier St Charleston WV 25311 With no Response yet.

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'd like Any Money damages Awarded to me for the Assault. I Want Consequences handed out for the staff misconduct And I Want any Relief that is Allowed to Be granted I'd like to Be free on My Charges On a Bond Until I go to Court. Also I dont want to Be Retaliated Against Any more By the Officers here At SWRJ.

**V.  Relief (continued)):**

N/A

**VII.  Counsel**

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

N/A

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes ✓   No ___

If so, state the name(s) and address(es) of each lawyer contacted:

L. Dante' di Trapano  500 Randolph Street Charleston WV 25302 — Rejected to help

If not, state your reasons: N/A

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes ___   No ✓

If so, state the lawyer's name and address:

_____ N/A _____

Signed this __22__ day of __March__, 20__25__.

_____*Davis James Stanton*_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___3/22/25___.
(Date)

_____*Davis James Stanton*_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7