**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

DARIS JAMES STANTON,

        Plaintiff,

v.                                  CIVIL ACTION NO.  2:25-cv-00238

CPL. ANDREW MILTON,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to United States Magistrate Judge Dwane L Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On May 19, 2026, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendation [ECF No. 19] ("PF&R") and recommended that the court dismiss the complaint and this civil action pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Neither party filed objections to the PF&R nor sought an extension of time before the later objection deadline of June 5, 2026.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court **adopts** and **incorporates** herein the PF&R and orders judgment consistent therewith. Accordingly, the court **DISMISSES** the complaint and **DISMISSES** the case from the docket.

The court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented party.

ENTER:      June 8, 2026

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE